UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
      :
LUIS MERCEDES, *on behalf of himself and all others*   :
*similarly situated*,       :
      :
                      Plaintiff,       :      23-CV-9519 (JMF)
      :
              -v-       :      <u>ORDER</u>
      :
BROADWAY PLAY PUBLISHING, INC.,       :
      :
                   Defendant.       :
      :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Plaintiff alleges that Defendant's website is not accessible to blind and visually impaired customers and, thus, violates Title III of the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12181 *et seq*.  In the Court's experience, cases involving such claims almost always settle, often even before the initial pretrial conference.  To that end, by separate Order to be entered today, **the Court is referring this case to the assigned Magistrate Judge for General Pretrial Purposes, including settlement.  To be clear, the referral does *not* encompass any dispositive motions, which will be handled by the undersigned in the normal course.**

      SO ORDERED.

Dated: November 1, 2023
       New York, New York
                                                   JESSE M. FURMAN
                                            United States District Judge